UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VINCENT DOLAN, Individually and on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 7:21-cv-05813-VB |
| CHRISTINE MAPES, Individually and on behalf herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 7:21-cv-07853-VB |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42 AND APPOINTMENT OF
CO-LEAD INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

**PLEASE TAKE NOTICE** that Plaintiffs Vincent Dolan and Christine Mapes will move this Court on a date and time to be designated by the Honorable Vincent L. Briccetti, United States District Judge at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, for the entry of the attached [Proposed] Order (1) consolidating *Dolan. v. United Services Automobile Association*, 7:21-cv-05813 (the "*Dolan* Action") and *Mapes v. United Services Automobile Association*, 7:21-cv-07853 (the

1

"*Mapes* Action"); (2) appointing Gainey McKenna & Egleston, Carlson Lynch LLP, and Lowey Dannenberg, P.C., as Co-Lead Interim Class Counsel; and (3) granting such other relief as the Court may deem appropriate.

Please take further notice, that, in support of this motion, Plaintiffs rely on this Notice of Motion, the accompanying Memorandum of Law, the firm resumes of Gainey McKenna & Egleston, Carlson Lynch LLP, and Lowey Dannenberg, P.C., and all other papers and proceedings had herein.

Dated: September 30, 2021

Respectfully submitted,

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
Robert J. Schupler
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel.: (212) 983-1300
Fax: (212) 983-0381
Email: tjmckenna@gme-law.com
        egleston@gme-law.com
        rschupler@gme-law.com

Gary F. Lynch (*pro hac vice* forthcoming)
Kelly K. Iverson (*pro hac vice* forthcoming)
Nicholas A. Colella (*pro hac vice* forthcoming)
**CARLSON LYNCH LLP**
1133 Penn Ave. 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 321-0246
Email: glynch@carlsonlynch.com
        kiverson@carlsonlynch.com
        ncolella@carlsonlynch.com

Christian Levis
Amanda Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100

White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
Email: clevis@lowey.com
      afiorilla@lowey.com

Anthony M. Christina (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Fax: (914) 997-0035
Email: achristina@lowey.com

*Proposed Co-Lead Interim Class Counsel*