UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE USAA DATA SECURITY LITIGATION* | Case No. 7:21-cv-05813-VB |

**UNITED SERVICES AUTOMOBILE ASSOCIATION'S
NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jason Beach, executed January 7, 2022, with exhibit annexed thereto, and the accompanying Memorandum of Law, Defendant, United Services Automobile Association, respectfully moves this Court for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

- 2 -

Dated: January 7, 2022                    Respectfully Submitted,

/s/ *Armin Ghiam*
Armin Ghiam
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 309-1000
Fax: (212) 309-1100
Email: aghiam@HuntonAK.com

Jason M. Beach
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, Georgia 30308-2216
Tel.: (404) 888-4000
Email: jbeach@huntonAK.com

Neil K. Gilman
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
Tel.: (202) 955 15000
Email: ngilman@hunton.com

***Counsel for Defendant USAA***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2022 I filed a true and correct copy of the foregoing document via the Court's electronic-filing system, which will send electronic notification of such filing to all counsel-of-record in this action.

/s/ *Armin Ghiam*
Armin Ghiam
Hunton Andrews Kurth LLP