# GAINEY McKENNA & EGLESTON

_____

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 501 FIFTH AVENUE<br>19th FLOOR<br>NEW YORK, NEW YORK 10017<br>TEL: (212) 983-1300<br>FAX: (212) 983-0383 | www.gme-law.com | 375 ABBOTT ROAD<br>PARAMUS, NEW JERSEY 07652<br>TEL: (201) 225-9001<br>FAX: (201) 225-9002 |

Please Reply To The New York Address

March 15, 2023

**VIA ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

      Re:    *In Re USAA Data Security Litigation*, Case No. 7:21-cv-05813-VB (S.D.N.Y.)

Dear Judge Briccetti:

      As ordered by the Court on February 1, 2023 (Dkt. 55), the Parties jointly submit this letter concerning the status of settlement discussions. The Parties believe that enough initial discovery has been conducted to allow for meaningful discussions. The Parties have currently scheduled a mediation in person with former Judge Diane M. Welsh (Ret.) of JAMS on June 5, 2023, which was the first date available for her and the parties given her busy calendar.

      In the meantime, the Parties write to request a three (3) month adjournment of all current discovery deadlines to give the mediation process a chance to work without incurring unnecessary discovery costs. The current deadline is shown in the chart below with the proposed new deadline:

| **Current Deadline:** | **Extended to:** |
|---|---|
| All fact discovery as to class certification shall be completed by June 30, 2023. | September 29, 2023 |
| Non-expert depositions shall be completed by June 30, 2023. | September 29, 2023 |
| Requests to admit shall be served by May 31, 2023. | August 31, 2023 |
| All expert discovery, including expert depositions, in support of class certification shall be completed by September 29, 2023. | December 22, 2023 |
| Plaintiff's expert disclosures in support of class certification shall be made by July 5, 2023. | October 5, 2023 |
| Defendant's expert disclosures in support of | December 1, 2023 |

*The Honorable Vincent L. Briccetti, U.S.D.J.*
*In Re USAA Data Security Litigation*, **Case No. 7:21-cv-05813-VB (S.D.N.Y.)**
*March 15, 2023*
*Page 2*

| Current Deadline: | Extended to: |
| --- | --- |
| class certification shall be made by September 1, 2023. | |
| Plaintiffs' Motion for Class Certification shall be filed October 31, 2023. | January 31, 2024 |
| Defendant's Response to Plaintiffs' Motion for Class Certification shall be filed by November 30, 2023. | February 28, 2024 |
| Plaintiffs' Reply in Support of Class Certification shall be filed by December 15, 2023. | March 15, 2024 |
| Scheduling Conference scheduled for September 27, 2023 at 9:30. | December 21, 2023, or to be set by Court |

The Parties will respectfully provide another update to the Court on or before June 9, 2023.

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*

Thomas J. McKenna

TJM/nr

cc:   All Counsel of Record (*via* ECF)

SO ORDERED:

_____
Honorable Vincent L. Briccetti