

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

ARMIN GHIAM
DIRECT DIAL: 212 • 908 • 6207
EMAIL: aghiam@HuntonAK.com

FILE NO: 049113.0000026

August 1, 2023

**VIA ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

      Re:    *In Re USAA Data Sec. Litig.*, **Case No. 7:21-cv-05813-VB (S.D.N.Y.)**

Dear Judge Briccetti:

      The parties jointly submit this letter concerning the status of settlement discussions. As previously reported, after having sufficient discovery to allow for meaningful discussions, the parties conducted an in-person mediation on June 5, 2023 with Judge Diane M. Welsh (Ret.) of JAMS. The parties made considerable progress at the mediation. Although the parties anticipated having these negotiations completed at this point, their discussions have not yet concluded. The parties therefore will proceed on the schedule previously ordered by the Court and will continue their negotiations in tandem.

/s/ Armin Ghiam

cc:    All Counsel of Record (*via* ECF)

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON
LOS ANGELES   MIAMI   NEW YORK   NORFOLK   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TOKYO   TYSONS   WASHINGTON, DC
www.HuntonAK.com