**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE USAA DATA SECURITY LITIGATION | No. 7:21-cv-05813-VB |

**NOTICE OF PLAINTIFF VINCENT DOLAN'S MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Joint Declaration of Thomas J. McKenna, Christian Levis, and Nicholas A. Colella, sworn to on December 6, 2024, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiff Vincent Dolan will move this Court at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, before the Honorable Vincent Briccetti, United States District Judge, for an Order under Federal Rule of Civil Procedure 23 that (i) preliminarily approves the Settlement; (ii) conditionally certifies the following Settlement Class:

> All individuals of the United States whose Personal Information was accessed, stolen, or compromised as a result of the Data Incident, as reflected on the Class List.  The Settlement Class specifically excludes: (i) USAA, any Person in which USAA has a controlling interest, and USAA's officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Action and the members of their immediate families and judicial staff; and (iii) any individual that timely and validly opts out of the Settlement.

(iii) appoints Plaintiff as class representative; (iv) appoints Class Counsel; (v) appoints Angeion Group LLC ("Angeion") as the Settlement Administrator and escrow agent; (vi) approves the proposed Notice Plan (*see* accompanying Declaration of Steven Weisbrot) and the proposed Short Form and Long Form Notices (attached as Exhibits C and D to the Settlement Agreement); (vii) sets a schedule leading to the Court's evaluation of whether to finally approve the Settlement; and

(viii) stays all proceedings in the Action except those relating to approval of the Settlement. *See*

[Proposed] Preliminary Approval Order, filed herewith.

Dated: December 11, 2024
      White Plains, New York

Respectfully Submitted,

| **LOWEY DANNENBERG, P.C.** | **GAINEY McKENNA & EGLESTON** |
|---|---|
| By: */s/ Christian Levis* <br> Christian Levis <br> Amanda G. Fiorilla <br> Anthony M. Christina <br> 44 South Broadway, Suite 1100 <br> White Plains, NY 10601 <br> Tel: (914) 997-0500 <br> clevis@lowey.com <br> afiorilla@lowey.com <br> achristina@lowey.com | By: */s/ Thomas J. McKenna* <br> Thomas J. McKenna <br> Gregory M. Egleston <br> Christopher Brain <br> 260 Madison Avenue, 22nd Floor <br> New York, NY 10016 <br> Tel: (212) 983-1300 <br> tjmckenna@gme-law.com <br> gegleston@gme-law.com <br> cbrain@gme-law.com |

**LYNCH CARPENTER LLP**

By: */s/ Nicholas A. Colella*
Gary F. Lynch
Nicholas A. Colella
1133 Penn Ave., Floor 5
Pittsburgh, PA 15222
gary@lcllp.com
nickc@lcllp.com

*Counsel for Plaintiff Vincent Dolan*