**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE USAA DATA SECURITY LITIGATION | No. 7:21-cv-05813-VB |

**NOTICE OF PLAINTIFF VINCENT DOLAN'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Joint Declaration of Thomas J. McKenna, Christian Levis, and Nicholas A. Colella, sworn to on March 24, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Plaintiff Vincent Dolan will move this Court on May 24, 2025 at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, before the Honorable Vincent L. Briccetti, United States District Judge, for an Order under Federal Rule of Civil Procedure 23 granting final approval of the Settlement between Plaintiff Vincent Dolan and Defendant United Services Automobile Association, and for such other relief as set forth in the [Proposed] Final Approval Order and Judgment to be filed with the Court.

Dated: March 24, 2025
          New York, New York

                                                    Respectfully Submitted,

| | |
|---|---|
| **LOWEY DANNENBERG, P.C.** | **GAINEY McKENNA & EGLESTON** |
| By: */s/ Christian Levis* | By: */s/ Thomas J. McKenna* |
| Christian Levis | Thomas J. McKenna |
| Amanda G. Fiorilla | Gregory M. Egleston |
| Anthony M. Christina | Christopher Brain |
| 44 South Broadway, Suite 1100 | 260 Madison Avenue, 22nd Floor |
| White Plains, NY 10601 | New York, NY 10016 |
| Tel: (914) 997-0500 | Tel: (212) 983-1300 |
| clevis@lowey.com | tjmckenna@gme-law.com |
| afiorilla@lowey.com | egleston@gme-law.com |
| achristina@lowey.com | cbrain@gme-law.com |

**LYNCH CARPENTER LLP**

By: */s/ Nicholas A. Colella*
Gary F. Lynch
Nicholas A. Colella
1133 Penn Ave., Floor 5
Pittsburgh, PA 15222
gary@lcllp.com
nickc@lcllp.com

*Class Counsel for Plaintiff Vincent Dolan*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 24, 2025, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants and via email to counsel for Defendant United Services Automobile Association.

                                                               */s/ Thomas J. McKenna*
                                                               Thomas J. McKenna