UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE USAA DATA SECURITY LITIGATION | No. 7:21-cv-05813-VB |

**SUPPLEMENTAL DECLARATION OF JAZMINEE SHUMWAY
RE: IMPLEMENTATION OF NOTICE PLAN**

I, Jazminee Shumway, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Associate Project Manager with Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, whose headquarters is located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion was retained by the Parties and appointed by this Court to serve as Settlement Administrator pursuant to the Order Preliminarily Approving the Proposed Class Action Settlement, Scheduling Hearing for Final Approval Thereof and Approving the Proposed Form and Plan of Class Notice (Dkt. No. 89) and Amended Order (Dkt. No. 92).

3. Angeion is not related to or affiliated with the Plaintiff, Class Counsel, the Defendant, or Counsel for the Defendant.

4. The purpose of this Declaration is to provide the Court with the final opt out list and updated information to supplement the "Declaration of Jazminee Shumway Re: Implementation of Notice Plan, Estimated Administration Costs and Estimated Settlement Payment Amount" submitted on March 24, 2025. Dkt. No. 95.

**EXCLUSIONS & OBJECTIONS**

5. The deadline for Class Members to request exclusion from the Settlement was April 7, 2025. As of the date of this Declaration, Angeion has received one (1) timely request from Luis Lorenzo. A true and correct copy of the request for exclusion is attached hereto as **Exhibit A**.

6. The deadline for Class Members to object to the Settlement was also April 7, 2025. As of the date of this Declaration, Angeion has not received nor been made aware of any written objections to the Settlement.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: APRIL 14, 2025.

_____
JAZMINEE SHUMWAY

# EXHIBIT A

THIS IS LUIS LORENZO

I HERE BY EXCLUSION MY SELF FROM CASE

LUIS LORENZO

70 TYLER AVE

SOUND BEACH N.Y. 11789-2637

IN RE USAA SECURITY LITIGATION

CASE NO. 7:21-cv-05813-V

*Luis Lorenzo*   2/17/2025